**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JOHN and TAMMY SAMP | ) | Case No.  13-45445 |
| | ) | |
| Debtors. | ) | Honorable Pamela S. Hollis |

**NOTICE OF MOTION**

To:    See Attached Service List

    YOU ARE HEREBY NOTIFIED that on March 12, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela Hollis, Room 644, 219 South Dearborn Street, Chicago, Illinois, and then and there present Objection to Claim No. 1, a copy of which is attached hereto and herewith served upon you.

                                                            By:    /s/ David R. Herzog
                                                                     One of this Attorneys

David R. Herzog
Herzog & Schwartz P.C.
Attorneys for the Debtors
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the foregoing service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 11th day of February, 2014.

                                                                         /s/ David R. Herzog

**SERVICE LIST**

Office of the U.S. Trustee
227 West Monroe Street
Room 3350
Chicago, Illinois  60606

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
312-431-1300

Ally Bank
P.O. Box 13625
Philadelphia, PA 19101

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Deutsch Bank
c/o Ira Nevel
175 N. Franklin #201
Chicago, IL 60601

VW Credit
c/o Terri M. Long
2056 Ridge Road
Homewood, IL 60430

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JOHN and TAMMY SAMP | ) | Case No.  13-45445 |
| | ) | |
| Debtors. | ) | Honorable Pamela S. Hollis |

## OBJECTION TO CLAIM NO. 1

NOW COME the Debtors, JOHN and TAMMY SAMP, and pursuant to the Bankruptcy Code and Federal Rules of Bankruptcy Procedure object to the claim of the Internal Revenue Service ("IRS"), Claim No. 1, as follows:

1. On November 22, 2014, the Debtors filed their voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C.§§101 et seq. (the "Code").

2. On December 5, 2014, the creditor, Ally Financial, filed claim No.1 in the amount of $24,923.07 with respect to the lease of a 2010 Jeep Grand Cherokee. A copy of the claim is attached hereto as Exhibit "A" and made a part hereof.

3. Upon Motion of the Debtor, on January 8, 2014, this Honorable Court entered an Order authorizing Debtors to enter into a lease for a 2014 Volkswagen Passat. A copy of said Order is attached hereto as Exhibit "B" and made a part hereof.

4. Upon entering of the Court's order, Debtors entered into a Lease for the 2014 Volkswagen Passat, at which time the monies owed on the Lease of the 2010 Jeep Grand Cherokee were paid in full. As a result, Ally has received payment of its claim.

5. Accordingly, the Debtors seeks disallowance of Claim No. 1.

WHEREFORE, the Debtors, pray that this Honorable Court disallow Claim No. 1 of the Ally Financial, and for such other and further relief which is just and appropriate.

Respectfully submitted,

JOHN and TAMMY SAMP

By:  /s// David R. Herzog
  One of its attorneys

David R. Herzog
Herzog & Schwartz P.C.
Attorneys for the Debtors
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | PROOF OF CLAIM |
|---|---|

Name of Debtor:
JOHN S SAMP and TAMMY SAMP

Case Number:
13-45445

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Ally Financial serviced by Ally Servicing LLC

**COURT USE ONLY**

Name and address where notices should be sent:
Ally Financial serviced by Ally Servicing LLC
PO Box 130424
Roseville, MN  55113-0004

Telephone number: 800-495-1578     email: N/A

☐ Check this box if the claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed On:

Name and address where payment should be sent (if different from above):
PAYMENT PROCESSING CENTER
P.O. Box 78367
Phoenix, AZ  85062-8367

Telephone number: 800-495-1578     email: N/A

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**  $24,923.07 *          Monthly Pymt: $956.49

*\* Claimant Reserves Right to Amend its Claim*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

**2. Basis for claim:** Automobile Financing
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** 7453 | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b) |

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$0.00

**Nature of property or right of setoff:** ☐ Real Estate   ☑ Motor Vehicle   ☐ Other    **Basis for perfection:** Certificate of Title/Lien Notice
**Describe:** 2010 JEEP GRAND CHEROKEE VIN: 1J4RR7GW4AC124069

**Value of property:** $35,225.00                          **Amount of Secured Claim:** $24,923.07

**Annual Interest Rate:** 8.99%      ☑ Fixed  or  ☐ Variable        **Amount Unsecured:** $0.00
(when case was filed)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a) (__).

$_____

*\*Amounts are subject to adjustment on 04/01/2016 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest attached. *(See instruction #7, and the definition of "redacted")*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor. ☑ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am the guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sesha Pande
Title: Bankruptcy Agent
Company: Ally Servicing LLC /s/ Sesha Pande December 5, 2013
Address and telephone number (if different from notice address above): (Signature) (Date)
P.O. Box 130424
Roseville, MN 55113
Telephone number: 800-495-1578 email:

*Penalty for presenting fraudulent claims:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am an employee of Ally Servicing LLC, the authorized agent of Ally Financial serviced by Ally Servicing LLC employed in the City of Roseville, Ramsey County, Minnesota. I am over the age of 18 years and not party to this action. My business address is P.O. Box 130424, Roseville, MN 55113.

I am readily familiar with the business practices of my employer for the collection and processing of documents and correspondence for mailing with the United States Postal Service and those correspondence and documents are deposited with the United States Postal Service that same day, or within one business day, in the ordinary course of business.

On December 5, 2013, I served the following document:

- Proof of Claim with all Exhibits and Attachments

in the method or methods described below and if served via U.S. Mail, by placing copies of said documents in sealed envelopes and addressed as follows:

| **Debtor** | **Attorney** | **Trustee** |
| JOHN S SAMP | DAVID R HERZOG | MARILYN O MARSHALL |
| 1919 E PAWNEE LN | *Served Electronically* | *Served Electronically* |
| MT PROSPECT, IL 60056-1621 | | |

I then placed said envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the parties so designated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2013, at Roseville, Minnesota.

Signed: /s/ Sesha Pande
Bankruptcy Agent
Ally Financial serviced by Ally Servicing LLC
P.O. Box 130424
Roseville, MN 55113
800-495-1578
Fax: 651-367-2005

In Re: JOHN S SAMP and TAMMY SAMP
Case No.: 13-45445 – Chapter: 13
Vehicle: 2010 JEEP GRAND CHEROKEE VIN: 1J4RR7GW4AC124069

**Itemization of "Other Charges" – Proof of Claim Dated December 5, 2013**

The claim of Ally Financial serviced by Ally Servicing LLC includes the following other charges in addition to the principal amount of $24,770.55:

| | |
|---|---|
| Accrued Finance Charges | $152.52 |
| Total: | $152.52 |

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, Ally Financial Inc. formerly known as GMAC Inc. formerly known as GMAC LLC formerly known as General Motors Acceptance Corporation (the "Company"), does hereby make, constitute and appoint Ally Servicing LLC formerly known as Semperian LLC formerly known as Semperian, Inc. formerly known as AccuTel, Inc. as its true and lawful attorney-in-fact, with full power of substitution, with respect to (i) all retail installment sale contracts serviced and administered by said attorney-in-fact for the benefit of Company pursuant to that certain Sub-Servicing Agreement by and between said attorney-in-fact and Company dated effective as of September 1, 2005, as such Agreement may be amended from time to time, (ii) the collateral securing such contracts, (iii) all security documents related to such contracts, and (iv) all payments and proceeds with respect to the foregoing (collectively, the "Property"), (a) to sign, acknowledge and file, in the name, place and stead of the Company, all certificates, documents and instruments relating to the Property, including, but not limited to, any instrument of assignment, certificate of title, notice of lien, assignment of lien, application for a certificate of title or duplicate of a certificate of title, application to register or transfer title, document to effect the notation of a lien upon a certificate of title or the assignment of such a lien, notice of any such assignment, application to register or transfer the rights as secured party under any policy of insurance, insurance claim, demand or request for premium refund, bankruptcy proof of claim, claim or demand against any dealer or against any person who may have an obligation to the Company pursuant to or with respect to the Property, affidavit of repossession, bill of sale, notice of sale, lien release and odometer statement; (b) to authorize and consummate the sale and disposition of any part of the Property; (c) to collect and receive proceeds relating to or with respect to the Property; and (d) further as said attorney-in-fact may deem fit and proper to perfect the right, title and interest of the Company in any part of the Property.

The undersigned further hereby gives and grants unto said attorney-in-fact full power and authority to do and perform every act necessary and proper to be done in the exercise of any of the foregoing powers as fully as the undersigned might or could do if personally present.

This Power of Attorney shall continue in effect until September 1, 2015, unless earlier revoked in writing by the undersigned. Anyone to whom this Power of Attorney is presented may rely upon it without further inquiry of the undersigned. A photocopy of this Power of Attorney shall have the same effect as an original, manually signed and acknowledged counterpart of this Power of Attorney.

IN WITNESS WHEREOF, the undersigned has executed this instrument this 1st day of September 2010.

Ally Financial Inc.

By: _____
W. F. Muir

Title: President

- 1 -

ACKNOWLEDGMENT

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF WAYNE      )

On this 1st day of September, 2010, before me personally appeared W. F. Muir, who acknowledged to me to be an officer of the above corporation, and that he, as such officer, being authorized to do so, executed the foregoing instrument for the purposes therein contained as the free act and deed of said corporation, and as his free act and deed as an officer of said corporation.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                                                            Notary Public
                                                            My Commission expires:  9/2/16

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JOHN and TAMMY SAMP<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-45445<br><br>Chapter: 13<br>Honorable Pamela S. Hollis |

### ORDER FOR MOTION FOR AUTHORITY TO ENTER INTO MOTOR VEHICLE LEASE AGREEMENT

THIS CAUSE coming on to be heard on the Debtors' Motion for Authority to Enter Into Motor Vehicle Lease Agreement, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

That Debtors have the authority to enter into a Motor Vehicle Lease Agreement with The AutoBarn VW of Mt. Prospect, for the lease of a 2014 Volkswagen Passat, VIN: 1VWCM7A35ECO33257 and may take any and all action to effectuate said lease.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  January 08, 2014

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600